### 4759. LONG *v.* MENDEL.

HILL, C. J. The grounds of the motion for a new trial, so far as approved
by the trial judge, are wholly without merit; the evidence demanded the
verdict for the plaintiff, and the court did not err in directing the
verdict. Judgment is affirmed, with ten per cent. damages for suing
out and prosecuting the writ of error for delay only.

*Judgment affirmed, with damages.*

DECIDED JUNE 10, 1913.

Complaint; from city court of Monroe—Judge Stone. January
12, 1913.

*J. H. Felker,* for plaintiff in error. *Walker & Roberts,* contra.